UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GARY THORNTON,

    Plaintiff,

v.                                        Case No:  2:15-cv-47-FtM-38CM

AZURE AT BONITA BAY
CONDOMINIUM ASSOCIATION,
INC., a Florida Profit Corporation,

    Defendant.
_____/

**ORDER**[1]

    This matter is before the Court on Plaintiff Gary Thornton and Defendant Azure at Bonita Bay Condominium Association, Inc.'s Joint Notice to Court Regarding FLSA Settlement (Doc. #6) and Joint Stipulation for Dismissal With Prejudice (Doc. #7) filed on February 18, 2015.

    Plaintiff brought this action under the Fair Labor Standards Act for recovery of unpaid overtime compensation, liquated damages, and attorneys' fees and costs.  (Doc. #1 at ¶ 26).  The parties now inform the Court that Plaintiff's claim against Defendant has been resolved in full without compromise.  (Doc. #6).  The Court thus does not need to approve the settlement for fairness.  See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

679 F.2d 1350, 1352 (11th Cir. 1982); King v. My Online Neighborhood, Inc., No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *3 (M.D. Fla. Mar. 7, 2007) ("Where the employer offers the plaintiff full compensation on his FLSA claim, no compromise is involved and judicial approval is not required." (citation omitted)).

Moreover, Rule 41 of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). To that end, the parties dismiss this case with prejudice under Rule 41(a)(1)(A)(ii); and both parties have signed the Stipulation for Dismissal (Doc. #7). The Court, therefore, dismisses the case with prejudice.

Accordingly, it is now

**ORDERED:**

1. Plaintiff Gary Thornton and Defendant Azure at Bonita Bay Condominium Association, Inc.'s Joint Stipulation for Dismissal With Prejudice (Doc. #7) is **GRANTED**. The Court **dismisses with prejudice** the Complaint (Doc. #1).
2. The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of February, 2015.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record